IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *ex rel.* Marche` Atkins, Angel Calhoun, ) <br> Tammy Davis, Miesha Lindsey, and ) <br> Janey Watkins, Relators ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FORTIS INSTITUTE and ) <br> EDUCATION AFFILIATES, LLC ) <br> ) <br> Defendants ) | Civil Action No.: <br><br> CV-14-HA-1107-S <br><br> Jury Trial Requested <br><br> UNDER SEAL |

## QUI TAM COMPLAINT

### I. INTRODUCTION

1. This is a qui tam action brought by Relators, Marche` Atkins, Angel Calhoun, Tammy Davis, Miesha Lindsey, and Janey Watkins, on behalf of the United States of America, pursuant to the False Claims Act, 31 U.S.C. § 3729 *et seq.* (the "FCA").

2. The false claims at issue were caused to be made by Fortis Institute ("Fortis") and Education Affiliates, LLC ("EA"), in order to participate in the student financial assistance programs authorized pursuant to Title IV of the Higher Education Act ("HEA") of 1965, as amended 20 U.S.C. §§ 1070 *et seq.*

## II. PARTIES

3. Defendant Fortis Institute is a for-profit institution that was established in 1969 and is operated by Education Affiliates. Fortis Institute offers allied health and medical career training programs including Licensed Practical Nursing, Medical Assisting, Health Information Technology, Medical Laboratory Technology and Health Records Technology.

4. Defendant Education Affiliates, LLC is headquartered in Baltimore, Maryland, and owns post-secondary schools, such as Fortis, with a focus on high-end healthcare programs and specialty trades. The Company operates 51 campuses across 17 states and an online platform. Since inception, Education Affiliates has completed ten acquisitions. EA's revenue for 2012 was $387.23 million almost all of which was received its participation in student financial assistance programs authorized pursuant to Title IV of the Higher Education Act of 1965, as amended 20 U.S.C. §§ 1070 et seq.

5. Relator Marche' Atkins ("Atkins") is a resident of Birmingham, Alabama. Ms. Atkins has been enrolled as student in Fortis's Practical Nursing program from January 3, 2011 to the present.

6. Relator Angel Calhoun ("Calhoun") is a resident of Gadsden, Alabama. Ms. Calhoun has been enrolled as a student in Fortis's Practical Nursing program

2

from April 2012 to the present.

7. Relator Tammy Davis ("Davis") is a resident of Rainbow City, Alabama. Ms. Davis has been enrolled as a student in Fortis's Practical Nursing program from July 2012 to the present.

8. Relator Miesha Lindsey ("Lindsey") is a resident of Gadsden, Alabama. Ms. Lindsey has been enrolled as a student in Fortis's Practical Nursing program from October 2012 to the present.

9. Relator Janey Watkins ("Watkins") is a resident Gadsden, Alabama. Ms. Watkins has been enrolled as a student in Fortis's Practical Nursing program from October 2012 to the present.

### III. JURISDICTION AND VENUE

10. This Court has jurisdiction over the subject matter of this action under 28 U.S.C.A. § 1331 and 28 U.S.C.A. § 1345.

11. This Court has personal jurisdiction over the Defendant under 31 U.S.C.A. § 3732(a), which authorizes nationwide service of process and provides that an action under the False Claims Act "may be brought in any judicial district in which the defendant . . . can be found, resides, transacts business, or in which any proscribed by section 3729 occurred."

12. Venue is proper in this district because Defendant can be found in, resides in, and/or transacts business in this district and because some of the violations of 31 U.S.C.A. § 3729 described in this complaint occurred in this district.

## IV. **BACKGROUND**

13. Each year the federal government provides financial aid to post-secondary students in the form of grants, loans, and other assistance under Title IV. To qualify for this aid, the institution and the program must be eligible. In addition, the student must demonstrate financial need.

14. Fortis and EA, for profit corporations, assures students who enroll in any of its medical career training programs that it will help them obtain more desirable jobs and higher income to better their lives.

15. This offer comes at a high price tag, however, and the low-income consumers who Fortis and EA target can hardly afford to pay the high tuition out-of-pocket. Specifically, Fortis and EA recruiters target African-American females for their programs.[1] Oftentimes these individuals are single mothers looking to acquire higher education to advance themselves and their children. Therefore, Fortis's and EA's business model relies on convincing these disadvantaged consumers to obtain

---

[1] Almost 90% of Fortis's and EA's students are African-American and almost 80% are women. See, Ex. A: National Center for Education Statistics.

4

federal aid, mostly loans, to pay them.

16.     The total cost for the Practical Nursing program offered by Fortis and EA averages about $25,240.00 or $356.00 per credit hour. On average, comparable Practical Nursing programs offered by the State of Alabama's community and junior college system cost $118.00 per credit hour.[2]

17.     Federal aid, mostly by way of loans, taken out by students comprises the overwhelming majority of the Defendants revenue.[3] This is guaranteed money received by the Defendants. Defendants also receive Federal Pell Grant money for each qualifying student, which is also guaranteed.

18.     Students do not directly receive the federal funds; rather, the Defendants requests funds from the Department of Education or a third party intermediary lender. The Department of Education or third party intermediary lender then wires the funds directly into the Defendants accounts. The Defendants then credits its students for tuition.

---

[2] Defendants' pass rate for its graduates was 70.7% for FY '11-'12 and 68.9% for FY '12-'13. Lawson State Community College's pass rate for that period was 100% at a cost of $5,586.00. Lawson State Community College serves a predominantly poor student population and over 90% of its students receive some form of federal government financial aid.

[3] See Ex. B, Estimated Financial Aid Award Letter showing costs allocation as follows: loans 70%; Federal Pell Grant awards 22%; and, Student is responsible for 8%.

19. Students are responsible for repaying the federal government once they graduate or stop attending school. Students who are disqualified for expelled from school must still repay the federal loans.

## V. **SUMMARY OF DEFENDANTS' FRAUDULENT CONDUCT**

20. Defendants requested and received HEA funds for students through several programs, including, but not limited to, the Federal Pell Grant Program ("Pell"); the Federal Supplemental Educational Opportunity Grant Program ("FSEOG"); the William D. Ford Federal Direct Loan ("Direct Loan"); and the unsubsidized Stafford Loans.

21. For Defendants to be eligible for these Federal Funds, federal statutes and regulations mandate Defendants **certify** to the United States Government that they will comply with HEA's requirements.

22. Accordingly, Defendants were required to execute a Program Participation Agreement ("PPA"), under which they must agree to and adhere to *inter alia* the following provisions:

   a. [The institution] will not make false, erroneous or misleading statements concerning: (1) its size, location, facilities, or equipment; (2) the availability, frequency, and appropriateness of its courses and programs to the employment objectives that it states its programs are designed to meet; (3) the number, availability, and qualifications, including the training and experience, of its faculty and other personnel; (4) the nature or extent of any prerequisites established for enrollment in any

6

course; and, (5) the subject matter, content of the course of study, or any other fact related to the degree, diploma, certificate of completion, or any similar document that the student is to be, or is, awarded upon completion of the course of study.

20 U.S.C.A. § 1094; 34 CFR § 668.71; 34 CFR § 668.72.

23. Defendants have fraudulently violated the requirements of the PPA and the HEA in the manners set forth below.

24. Defendants made false representations to the students that it had an adequate number of faculty to meet the needs of the program. Defendants never had adequate faculty staffing and on numerous occasions students arrived for classes only to be told to go home or to engage in "independent study" because there was no instructor present.

25. Because several faculty resigned during mid-semester, the Defendants handed off the course-work to interim faculty. In many instances, the interim faculty did not provide classroom or clinical instruction at all. At any one time there were approximately 75 students enrolled at Fortis and EA

26. When the students complained about the lack of classroom or clinical instruction they were told that competent professionals would be hired to replace the interim faculty, however, this was a misrepresentation.

7

27. Defendants fraudulently required the students to retake courses that they had successfully completed because it had not established clinical learning experiences for maternal/child and adult nursing. Requiring the students to repeat the courses delayed their graduation dates by nine (9) to twelve (12) months.

28. Defendants falsely certified as eligible for graduation students who had failed to have clinical experiences in the areas of maternal/child and adult nursing. These students were unable to pass the state licensing exam.

29. Students observed that in contravention of their handbook, Defendants faculty had no clinical orientation to the teaching materials required for the successful completion of the program or the clinical facilities. Furthermore, there were no clinical rotation schedules or clinical assignment sheets. Students would receive emails the night before notifying them of their clinical placement.

30. Faculty responsible for students obtaining clinical hours instructed students to fraudulently count travel time to and from a clinical site as hours spent learning. This fraudulent practice was designed to dupe the State of Alabama Board of Nursing into believing that the requisite number of clinical hours had been acquired.

31. Defendants faculty continuously misrepresented to students their eligibility to graduate and whether they had completed the pre-requisites to sit for the

state licensing exam.

32. Defendants fraudulently charged students for textbooks and other materials that were never received by them. Whenever school administrators were confronted about these fraudulent practices, they represented that it would be taken care of and that would be the last word anyone received.

33. Despite not providing clinical instruction, Defendants fraudulently gave complete grades to students for classes that required clinical and classroom instruction.

34. A school administrator confronted by students about the fraudulent practices stated, "we have your money so we don't care whether you graduate or not." To conceal the fraudulent activity, the Director of the Nursing program discouraged students from contacting the State of Alabama Nursing Board with veiled threats of retribution in the form of barring whistleblowers from ever taking their state boards.

## COUNT I

### (Violation of 31 U.S.C. § 3729(a)(1): Submission of a False or Fraudulent Claim for Payment)

35. Plaintiffs-Relators Marche` Atkins, Angel Calhoun, Tammy Davis, Miesha Lindsey, and Janey Watkins re-allege and incorporate by reference paragraphs 1 through 34 of this Complaint.

36. This is a claim for damages and civil money penalties under the False Claims Act, 31 U.S.C. § 3729, et seq., against Defendants FORTIS INSTITUTE AND EDUCATIONAL AFFILIATES, LLC knowingly presenting or causing to be presented false or fraudulent claims for payments from the United States, through Federal Pell Grants, Federal SEOG, Direct Subsidized Loan, and Direct Unsubsidized Loan, all in violation of 31 U.S.C. § 3729(a)(1).

37. Claims for payment of TITLE IV funds can be made in a variety of ways, conditioned upon the School's execution of its Program Participation Agreement. These claims were false or fraudulent because the defendant misrepresents the nature and requirements of the education.

38. Defendants FORTIS INSTITUTE and EDUCATION AFFILIATE, LLC presented or caused to be presented these claims for payment to the United States, knowing such claims were false or fraudulent.

39. By virtue of the false or fraudulent claims presented or caused to be presented by the defendants the United States has suffered actual damages in an amount to be determined at trial, is entitled to recover three times the amount by which it was damaged, plus civil money penalties of not less than $5,000 and not more than $10,000 for each of the false or fraudulent claims presented or caused to be presented, plus interest, attorney's fees, and costs.

## COUNT II
### (Violation of 31 U.S.C. § 3729(a)(2):
### Creation or Use of a False or
### Fraudulent Statement to Obtain Payment)

40. Plaintiffs-Relators Marche' Atkins, Angel Calhoun, Tammy Davis, Miesha Lindsey, and Janey Watkins hereby re-alleges and incorporates by reference paragraphs 1 through 39 of this Complaint.

41. Defendants knowingly made, used, or caused to be made or used, false or fraudulent statements and certifications to get a false or fraudulent claim allowed or paid by the United States, in violation of 31 U.S. C. § 3729(a)(2).

42. The United States has been damaged by the creation or use, or both, of false statements to obtain fraudulent payments or approval by defendants in an amount to be proven at trial.

43. The United States has suffered actual damages and is entitled to recover three times the amount by which it was damaged, plus civil money penalties of not less than $5,000 and not more than $10,000 for each of the fraudulent claims presented or caused to be presented, plus interest, attorney's fees, and costs.

## COUNT III
### (Violation of 31 U.S.C. § 3729(a)(3):

11

## Conspiracy to Defraud By Getting a
## False or Fraudulent Claim Paid or Allowed)

44. Plaintiffs-Relators Marche` Atkins, Angel Calhoun, Tammy Davis, Miesha Lindsey, and Janey Watkins hereby re-allege and incorporate by reference paragraphs 1 through 43 of this Complaint.

45. Defendants and others known and unknown did combine, conspire, confederate, and agree, and reach an understanding and agreement, both express and implied, with each other and with others, to defraud the United States by getting false or fraudulent claims paid or allowed, in violation of 31 U.S. C. § 3729(a)(3).

46. The United States has been damaged by the creation or use, or both, of false records to obtain fraudulent payments or approval by defendants in an amount to be proven at trial.

47. The United States has suffered actual damages and is entitled to recover three times the amount by which it was damaged, plus civil money penalties of not less than $5,000 and not more than $10,000 for each of the fraudulent claims presented or caused to be presented, plus interest, attorney's fees, and costs.

## JURY DEMAND

**PLAINTIFF DEMANDS A TRIAL BY A STRUCK JURY.**

Respectfully submitted,

/s/Roderick T. Cooks
Roderick T. Cooks

/s/Lee Winston
Lee Winston

Attorneys for Plaintiffs-Relators

**OF COUNSEL:**
WINSTON COOKS, LLC
Two Twentieth Street North, Suite 1330
Birmingham, Alabama 35203
Tel: 205-502-0940
Fax: 205-278-5876
Email: rcooks@winstoncooks.com
Email: lwinston@winstoncooks.com

**DEFENDANTS' ADDRESSES:**
Education Affiliates, Inc.
5026-D Campbell Blvd.
Baltimore, MD 21236
Phone: 410-633-2929

Fortis Institute Birmingham - Hoover
100 London Pkwy Ste 150
Birmingham, AL 35211
(205) 940-7800

**REGISTERED AGENT:**
Corporation Service Company
2711 Centerville Road
Suite 400
Wilmington, DE 19808

# Exhibit A



**Center for Education Statistics**

Data Center

| | |
|---|---|
| Fort... stitute | |
| **UnitID** | 455628 |
| **OPEID** | 03010803 |
| **Address** | 100 London Pkwy Ste 150, Birmingham, AL, 35211 |
| **Web Address** | www.fortis.edu |

## General Information

### Institution Characteristics

| | |
|---|---|
| **Sector:** | Private for-profit, 2-year |
| **Carnegie Classification:** | Not applicable, not in Carnegie universe (not accredited or nondegree-granting) |
| **Campus Setting:** | City: Midsize |
| **Title IV Institution:** | Participates in Title IV federal financial aid programs |
| **Religious Affiliation:** | Not applicable |
| **On Campus Housing:** | No |
| **Total dormitory capacity:** | 0 |

### Awards Offered

Less than one year certificate
One but less than two years certificate
Associate's degree
Two but less than 4 years certificate

## Financial and Human Resources

### Number of staff by primary function/occupational activity: Fall 2011

| | Full time | Part time | Total |
|---|---|---|---|
| Primarily instruction | 4 | 51 | 55 |
| Instruction/research/public service | 0 | 0 | 0 |
| Primarily research | 0 | 0 | 0 |
| Primarily public service, and Contracts | 0 | 0 | 0 |
| Executive/administrative/managerial | 13 | 0 | 13 |
| Other professional (support/service) | 23 | 6 | 29 |
| Graduate assistants | 0 | 0 | 0 |
| Technical and paraprofessionals | 0 | 0 | 0 |
| Clerical and secretarial | 1 | 4 | 5 |
| Skilled crafts | 0 | 0 | 0 |

**Early Fall Estimates: Fall 2012**

|  | Part-time | Full-time | Total |
|---|---|---|---|
| Total enrollment | 0 | 875 | 875 |
| Undergraduate | 0 | 875 | 875 |
|   First-time Degree/Certificate Seeking | 0 | 131 | 131 |
| Graduate |  |  |  |

**Fall Enrollment: Fall 2012**

| Total student enrollment | Part-time | Full-time | Total |
|---|---|---|---|
| Men |  | 197 | 197 |
| Women |  | 748 | 748 |
| American Indian or Alaska Native |  | 5 | 5 |
| Asian |  | 10 | 10 |
| Black or African American |  | 820 | 820 |
| Hispanic |  | 9 | 9 |
| Native Hawaiian or Other Pacific Islander |  | 0 | 0 |
| White |  | 92 | 92 |
| Two or more races |  | 2 | 2 |
| Race/ethnicity unknown |  | 6 | 6 |
| Nonresident alien |  | 1 | 1 |

89.13

| Undergraduate student enrollment | Part-time | Full-time | Total |
|---|---|---|---|
| Men |  | 197 | 197 |
| Women |  | 748 | 748 |
| American Indian or Alaska Native |  | 5 | 5 |
| Asian |  | 10 | 10 |
| Black or African American |  | 820 | 820 |
| Hispanic |  | 9 | 9 |
| Native Hawaiian or Other Pacific Islander |  | 0 | 0 |
| White |  | 92 | 92 |
| Two or more races |  | 2 | 2 |
| Race/ethnicity unknown |  | 6 | 6 |
| Nonresident alien |  | 1 | 1 |
| Degree/Certificate Seeking |  | 945 | 945 |
|   First-time |  | 69 | 69 |

## Awards/Degrees Conferred

### By gender, 2012

| By gender | Certificates Below Bachelor's | Certificates Above Bachelor's | Associate's | Bachelor's | Master's | Doctor's research/ scholarship | Doctor's professional practice | Doctor's other |
|---|---|---|---|---|---|---|---|---|
| Men | 67 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Women | 268 | 0 | 9 | 0 | 0 | 0 | 0 | 0 |
| **By Race/Ethnicity** | | | | | | | | |
| American Indian or Alaska Native | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Asian | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Black or African American | 288 | 0 | 10 | 0 | 0 | 0 | 0 | 0 |
| Hispanic or Latino | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Native Hawaiian or Other Pacific Islander | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| White | 38 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Two or more races | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Race/ethnicity unknown | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Nonresident alien | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

### By Cip Code, 2012

| By Cip Code | Certificates Below Bachelor's | Certificates Above Bachelor's | Associate's | Bachelor's | Master's | Doctor's research/ scholarship | Doctor's professional practice | Doctor's other |
|---|---|---|---|---|---|---|---|---|
| Mechanic and Repair Technologies/Technicians | 49 | | | | | | | |
| Health Professions and Related Programs | 286 | | 10 | | | | | |
| Grand total | 335 | | 10 | | | | | |

# Exhibit B

**Fortis Institute**
**ESTIMATED FINANCIAL AID AWARD LETTER**

Name: Angel Calhoun  Program: Practical Nursing  SSN: xxx-xx-2740
Start Date: 4/2/2012  Graduation Date: 9/27/2013
**RETURN FROM LOA**

|  |  | Academic Year 1 | | | Academic Year 2 | | |
|---|---|---|---|---|---|---|---|
|  |  | 4/2/2012 | 7/2/2012 | 1/2/2013 | 4/1/2013 | 7/8/2013 | |
|  |  | Term 1 | Term 2 | Term 3 | Term 4 | Term 5 | |
| FA Credits |  | 12.2 | 12 | 19.5 | 13.2 | 14 | |
| Tuition |  | $4,389.00 | $4,389.00 | $4,389.00 | $4,389.00 | $4,389.00 | |
| Books/Supplies/Fees |  | $430.00 | $250.00 | $250.00 | $250.00 | $200.00 | |
| Registration Fee |  | $150.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Uniforms and PN Kit |  | $100.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| Admission Testing Fee-HESI |  | $95.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| HESI Assessment Testing |  | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | |
| Instructional Materials Fee |  | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | |
| PN Licensure Testing Fee NCLEX |  | $0.00 | $0.00 | $0.00 | $0.00 | $120.00 | |
| Completion Fee |  | $0.00 | $0.00 | $0.00 | $0.00 | $75.00 | **Total Cost of Program** |
| **Total Cost** |  | $5,439.00 | $4,914.00 | $4,914.00 | $4,914.00 | $5,059.00 | $25,240 |
| Federal Pell Grant | $5,550 | $0.00 | $1,850.00 | $1,850.00 | $1,850.00 | $0.00 | |
| Federal SEOG | $300 | $0.00 | $100.00 | $100.00 | $100.00 | $0.00 | |
| Direct Subsidized Loan (Net) | $6,868 | $1,162.00 | $1,162.00 | $1,161.00 | $1,692.00 | $1,691.00 | |
| Gross Total Sub Loan Amount | $6,902 |  |  |  |  |  | |
| Direct Unsubsidized Loan (Net) | $10,481 | $1,990.00 | $1,990.00 | $1,990.00 | $2,256.00 | $2,255.00 | **Total Loans** |
| Gross Total Unsub Loan Amount | $10,533 |  |  |  |  |  | $17,436 |
| Direct PLUS (Net) |  |  |  |  |  |  | |
| Gross Total PLUS Loan Amount |  |  |  |  |  |  | |
| State Grant |  |  |  |  |  |  | |
| N/A | $0 |  |  |  |  |  | |
| Student Payment |  | $25.00 | $0.00 | $0.00 | $0.00 | $0.00 | |
| **Total Estimated Financial Aid** |  | $3,177.00 | $5,102.00 | $5,101.00 | $5,898.00 | $3,946.00 | |
| Balance Remaining |  | $2,262.00 | -$188.00 | -$187.00 | -$984.00 | $1,113.00 | |
| Balance remaining will be set up in monthly payments |  |  |  | Total Balance: $ |  | $2,016 | |

Handwritten: 3177   5102   balance 2074   balance 1887

This is an estimate of the Financial Aid you may qualify for, and may change due to Federal Regulations, eligibility status, enrollment status and satisfactory progress. Grant funds do not have to be repaid if you complete the program. Subsidized Stafford Loan has No Principal or Interest payments while student is attending at least half-time. Unsubsidized Stafford Loan has No Principal payments while student is attending at least half-time. Student is responsible for Interest and may make payments or allow accruing and capitalizing. Repayment for both Subsidized & Unsubsidized Stafford loans starts 6 months after last day of attendance of at least half time status, with a fixed interest rate at 3.5% on subsidized loans and 6.8% on unsubsidized loans, $50 minimum monthly payment. Federal PLUS Loan has a fixed interest rate at 7.9%. Repayment begins after full amount borrowed has been disbursed. THE STAFFORD AND PLUS LOANS MUST BE REPAID! If you have any questions, please talk to the Financial Aid Director.

Handwritten: 7176   6988   4801   2/313   0/9   1,113.00